# Bill of Sale

## Drive Motors Inc.

14201 S CICERO AVE, CRESTWOOD, IL 60418
PHONE: (708) 926-2662 | FAX: (708) 810-9777 | Email: DRIVEMOTORINC@YAHOO.COM
Website: WWW.DRIVEMOTORSINC.COM

Sale Date: 4/23/2021

| | Buyer | | Co-Buyer |
|---|---|---|---|
| **Name:** | STEVIE R PORTER | **Name:** | |
| **Address:** | 1744 TREVINO CIRCLE BOLINGBROOK, IL 60490 | **Address:** | |
| **Phone:** | H: (269) 625-4055 W: (269) 465-5901 | **Phone:** | |
| **Email:** | | | |
| **Drl. #:** | **DoB:** 2/13/1966 | **Drl. #:** | **DoB:** |

**Sold Vehicle:**

| Stock# | Year | Make | Model | Color | Mileage | VIN |
|---|---|---|---|---|---|---|
| 728 | 2014 | BMW | 5 Series | Black | 89887 ACTUAL | WBA5A7C5XED219483 |

**Trade-In Vehicle:**

| Stock# | Year | Make | Model | Color | Mileage | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

| A.P.R. | Amount Financed | Finance Charge | Total of Payments |
|---|---|---|---|
| 19.999 % | $ 13,482.00 | $ 6,924.59 | $ 20,406.59 |

The balance to be paid in 53 Monthly payments of $385.03 and one final payment of $385.03
The first payment is due on 6/7/2021

| | |
|---|---|
| Trade Amount: $ | 0.00 |
| Payoff Balance: $ | 0.00 |
| MFR's Rebate: $ | 0.00 |
| Total Deferred: $ | 0.00 |
| Cash Down: $ | 4,500.00 |
| Total Down: $ | 4,500.00 |

Lien Holder:
WESTLAKE FINANCIAL SVCS
4751 WILSHIRE BLVD SUITE 100
LOS ANGELES CA 90010

Purchaser agrees that this order includes all of the terms and conditions hereof, that this order cancels and supersedes any prior agreement written or oral. Purchaser agrees to pay the total of the payments in accordance with the above payment schedule. This order shall not become binding until accepted by the DEALER or his authorized representative. I have read the face of this order and agree to this puchase price. I hereby certify that I am 18 years of age or older.

NOTICE : DEALER PROVIDES NO INSURANCE
☐ Buyer agrees to furnish full coverage insurance
☐ I relinquish all rights to this vehicle and it can be repossessed at any time or place, with or without my knowledge if this account becomes delinquent.
☐ SOLD AS IS
I MAKE THIS PURCHASE KNOWINGLY WITHOUT ANY GUARANTEE EXPRESSED OR IMPLIED, BY THIS DEALER OR HIS AGENT.
I AGREE TO NOTIFY LIENHOLDER, IF CHANGE OF ADDRESS OCCURS AND/OR CHANGE OF EMPLOYMENT OCCURS.
FINANCING IS SUBJECT TO CREDIT APPROVAL.

### Itemization of Amount Financed

| | |
|---|---|
| Cash Price: | $15,549.43 |
| Accessories: | |
| Doc Fee: | $300.00 |
| Title: | $150.00 |
| County: | 1 |
| County Tax Rate: | 1.000% |
| State Tax Rate: | 7.250% |
| Plate: | $151.00 |
| Registration: | |
| Transfer Fee: | |
| Other 1: | |
| County Tax: | $158.49 |
| State Tax: | $1,149.08 |
| Other 2: | |
| To Whom: | |
| Other 3: | |
| To Whom: | |
| Electronic Registration: | $25.00 |
| City Tax: | $0.00 |
| Service Contract: | |
| Gap Contract: | $499.00 |
| Gap Paid To: | |
| Total Down: | $4,500.00 |
| Total Sale: | $25,791.12 |

Purchaser(s)     Signature     Date

Purchaser(s)     Signature     Date

Seller     Signature     Date     4-23-21